FREDERICK WEISS *et al.*

*v.*

THE PEOPLE OF THE STATE OF ILLINOIS.

*At Ottawa, September Term, 1882.*

APPEAL—*in cases of misdemeanor—and what is a misdemeanor.* A person was indicted for keeping a common gaming house, tried, found guilty, and a fine of $100 imposed: *Held*, it was evident, from the character of the charge, together with the penalty imposed, the offence was a mere misdemeanor, and under the act of 1879, amendatory of the Practice act, an appeal will not lie directly from the trial court to this court, but must be taken to the Appellate Court.

APPEAL from the Circuit Court of Lake county.

This was an indictment for keeping a common gaming house. A trial in the court below resulted in a conviction of the defendants, and the penalty imposed was a fine of $100.

Mr. JAMES McCARTNEY, Attorney General, moved the court to dismiss the appeal, on the ground that the offence charged, and of which the defendants were convicted, was a mere misdemeanor, and therefore the appeal should have been taken to the Appellate Court, under the act of 1879, amendatory of the Practice act, (Sess. Laws, 1879, 222,) which provides: "Appeals from and writs of error to circuit courts, * * * in all criminal cases below the grade of felony, shall be taken directly to the Appellate Court." Counsel also cited section 127 of the Criminal Code, which fixes the penalty for this offence: For the first offence, not less than $100; for the second offence, a fine of not less than $500, and imprisonment in the county jail not less than six months; for the third offence, a fine of not less than $500, and imprisonment in the penitentiary not less than two nor more than five years. There is no allegation that this was the second

or third offence, and the amount of the fine imposed would indicate that it was the first offence.

SCHOLFIELD, J.:   The indictment and conviction in this case were for a mere misdemeanor.   That is evident from the character of the charge, taken together with the penalty imposed—a fine of $100.   Under the act of 1879, amendatory of the Practice act, (Sess. Laws, 1879, 222,) appeals from and writs of error to the circuit courts, in all criminal cases below the grade of felony, are required to be taken directly to the Appellate Court.   The offence of which the appellant in this case was convicted being below the grade of felony, we can not entertain his appeal.   The case should have been taken to the Appellate Court.

*Appeal dismissed.*